IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GULF COPPER & MANUFACTURING CORPORATION § § § | |
| v. § | C.A. No. 3:10–cv–00584 |
| § | |
| ENERGY CRANES, LLC and OFFSHORE RIG MUSEUM, INC. d/b/a OFFSHORE ENERGY CENTER § § § § | |

**FINAL JUDGMENT**

BE IT REMEMBERED that on this, the below-entered date, came on to be heard Gulf Copper & Manufacturing Corporation, Plaintiff herein, and Energy Cranes, LLC and Offshore Rig Museum, INC. d/b/a Offshore Energy Center, Defendants herein, and announced to the Court that all matters in controversy between them have been fully compromised and settled.

It is, therefore, ORDERED, ADJUDGED AND DECREED, that the Plaintiff shall take nothing by reason of this suit and that Defendants be discharged in relation to the claims asserted by Plaintiff. The Plaintiff's claims are dismissed with prejudice. All cross-claims among the Defendants are dismissed.

Costs of Court shall be borne by the parties incurring same.

This is a Final Judgment.

SIGNED this 25th day of October, 2011.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:


*/s// Mary A. Wolter*                                   \*
Mr. C. Scott Kinzel
Mr. Chester J. Makowski
Ms. Mary A. Wolter
Plavnicky, Kinzel & Makowski, LLP
5300 Memorial Drive, Suite 675
Houston, TX  77007
*Counsel for Defendant,*
*Energy Cranes, LLC*
\***Signed by Permission**


*/s// Nicholas E. Zito*                                  \*
Mr. Nicholas E. Zito
Ramey, Chandler, McKinley & Zito, P.C.
One Bering Park
750 Bering, Suite 600
Houston, TX  77057
*Counsel for Defendant,*
*Offshore Rig Museum, Inc.*
*d/b/a Offshore Energy Center*
\***Signed by Permission**


*// Jeffrey R. Bale*
Jeffrey R. Bale
Attorney-In-Charge
State Bar No. 01629800
Brian Thomas Peel
State Bar No. 24041670
THE BALE LAW FIRM, PLLC
1600 Highway 6 South, Suite 200
Sugar Land, Texas 77478
Phone: (281) 295-6000
Fax:    (281) 295-6010
*Attorneys for Defendant,*
*The Dow Chemical Company*